UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

BARBARIAN RUGBY WEAR, INC.,

Plaintiff,

- against -

PRL USA HOLDINGS, INC.,

Defendant.

———————————————————————

PRL USA HOLDINGS, INC.,

Plaintiff,

- against -

CARLBERG DESIGN, INC., doing business
as Rugby America, Ltd., and CARLBERG
GRAFIX, INC.,

Defendants.

———————————————————————

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

06 Civ. 2652 (JGK)

05 Civ. 5888 (JGK)

MEMORANDUM OPINION AND
ORDER

JOHN G. KOELTL, District Judge:

The plaintiff moves to strike the counterclaims contained
in the Answer to the Amended Complaint filed in this action on
April 16, 2008 by PRL USA Holdings, Inc. ("PRL"). The plaintiff
claims that the counterclaims are redundant, as they are a mere
repetition of the counterclaims filed by PRL on August 8, 2006,
and to the extent there are differences, PRL has not sought
leave to amend the counterclaims or made any showing of "good
cause" to do so.

The motion is plainly frivolous. PRL USA was merely following Federal Rule of Civil Procedure 13(a), which requires a party to file all compulsory counterclaims along with its answer or risk losing them.

The plaintiff's motion to strike counterclaims is **denied**.

SO ORDERED.

Dated:    New York, New York
          May 2, 2008

John G. Koeltl
United States District Judge