```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-9-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRL USA HOLDINGS, INC.,

          Plaintiff,

- against -

CARLBERG DESIGN, INC., d/b/a RUGBY
AMERICA LTD., ET AL.,

          Defendants.

05 Civ. 5888 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Report and Recommendation of Magistrate Judge Freeman dated November 18, 2008 recommending that the Court deny as moot PRL's motion to preclude defendants from seeking damages under 15 U.S.C. § 1120 (Docket No. 57). The time for objections has passed, and no objections have been filed. In any event, the Report and Recommendation are well-founded and the Court adopts it.

    Therefore, PRL's motion (Docket No. 57) is **denied as moot**.

SO ORDERED.

Dated:    New York, New York
           December 8, 2008

                                    John G. Koeltl
                                 United States District Judge