UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

PRL USA HOLDINGS, INC.,

                        Plaintiff,

              - against -

CARLBERG DESIGN, INC., d/b/a RUGBY
AMERICA LTD., ET AL.,

                        Defendants.

_____

BARBARIAN RUGBY WEAR, INC.,

                        Plaintiff,

              - against -

PRL USA HOLDINGS, INC.,

                        Defendant.

_____

05 Civ. 5888 (JGK)

ORDER


06 Civ. 2652 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Joint Pretrial Order and Proposed Findings of Fact and

Conclusions of Law shall be submitted by **June 26, 2009**.  The

parties shall be ready for trial on 48 hours notice on or after

**July 9, 2009**.  The parties should advise the Court by **May 1,**

**2009** if they consent to trial before the Magistrate Judge and if

the assistance of the Magistrate Judge for purposes of

settlement would be useful.

SO ORDERED.

Dated:    New York, New York
          April 17, 2009

                                        John G. Koeltl
                                 United States District Judge