UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

BARBARIAN RUGBY WEAR, INC.,

                Plaintiff,        06 Civ. 2652 (JGK)
                                                  05 Civ. 5888 (JGK)
     - against -                    ORDER

PRL USA HOLDINGS, INC.,

                Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    Post trial submissions are due by **November 13, 2009**.

Responses are due **November 20, 2009**.

SO ORDERED.

Dated:    New York, New York
            October 27, 2009

                                                 John G. Koeltl
                                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/09