UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

BARBARIAN RUGBY WEAR, INC.,

                        Plaintiff,           06 Civ. 2652 (JGK)
                                              05 Civ. 5888 (JGK)
      - against -                  ORDER

PRL USA HOLDINGS, INC.,

                        Defendant.

_____

JOHN G. KOELTL, District Judge:

     The parties are directed to submit to the Court a joint

proposed judgment by **November 10, 2009** or an explanation of the

reason for not submitting the judgment.

SO ORDERED.

Dated:     New York, New York
           November 6, 2009

                                     John G. Koeltl
                           United States District Judge

USDS SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/09